OSCN Found Document:IN RE NEW RULE GRANTING SPECIAL TEMPORARY PERMIT TO CURRENT MILITARY SPOUSE

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 IN RE NEW RULE GRANTING SPECIAL TEMPORARY PERMIT TO CURRENT MILITARY SPOUSE
2014 OK 114
Case Number: SCBD-6167
Decided: 12/15/2014
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2014 OK 114, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

IN RE: PROPOSED NEW RULE GRANTING SPECIAL TEMPORARY PERMIT TO CURRENT MILITARY SPOUSE PURSUANT TO RULE TWO AND PROPOSED AMENDMENT TO RULE SEVEN, SECTION (F)

ORDER GRANTING AMENDMENT TO RULE TWO AND RULE SEVEN
OF THE RULES GOVERNING ADMISSION TO THE
PRACTICE OF LAW IN THE STATE OF OKLAHOMA

¶1 This matter comes before this Court upon an Application to Amend Rule Two and Rule Seven of the Rules Governing Admission to the Practice of Law in the State of Oklahoma, 5 O.S. Supp. 2014, Ch. 1, App. 5, to add new section 7 of Rule Two and new section (f) of Rule Seven as proposed and set out in its entirety in Exhibits "A" and "B", attached hereto.

¶2 IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by this Court that Section 7 of Rule Two and section (f) of Rule Seven, Rules Governing Admission to the Practice of Law in the State of Oklahoma, 5 O.S. Supp. 2014, Ch. 1, App. 5, are hereby added as set out in its entirety in Exhibits "A" and "B" attached hereto, effective January 1, 2015.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 15TH DAY OF DECEMBER, 2014.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR

 

 

Exhibit A

It is hereby proposed by the members of the Board of Bar Examiners for the State of Oklahoma that Rule Two of the Rules Governing Admission to the Practice of Law in the State of Oklahoma be amended to add the following section:

Section 7. A person who is the current spouse of a service member in the United States Uniformed Services and who meets the following requirements may, upon motion, apply to the Supreme Court for a Special Temporary Permit to be admitted to the practice of law in the State of Oklahoma, without the requirement of taking an examination, if the applicant would otherwise be fully qualified to take the bar examination in Oklahoma under the rules of the Supreme Court. An applicant shall:

a. Apply under this rule upon forms prescribed by the Board of Bar Examiners;

b. Be at least 18 years of age;

c. Hold a Juris Doctorate degree from an American Bar Association approved law school;

d. Be lawfully admitted to practice law in any other state, territory or commonwealth of the United States or in the District of Columbia;

e. Submit evidence of a passing score on the Multistate Professional Responsibility Examination;

f. Establish that the applicant is a member in good standing in all jurisdictions where the applicant was previously admitted;

g. Have good moral character, due respect for the law, and fitness to practice law;

h. Provide at his or her expense a background investigation to determine character and fitness from the National Conference of Bar Examiners, pursuant to Rule Four, Section 2(e);

i. Take the oath of attorneys which is set forth in Rule One, Section 4, of the Rules Governing Admission to the Practice of Law in the State of Oklahoma and file the same with the Clerk of the Supreme Court;

j. Sign the Roll of Attorneys; provided, however, that if the applicant is unable, by reason of absence, to sign the Roll, applicant may grant the power of attorney to the Administrative Director of the Board of Bar Examiners to sign said Roll of Attorneys for applicant;

k. Submit evidence which is satisfactory to the Supreme Court of the State of Oklahoma that the applicant is the current spouse of a service member in the United States Uniformed Services. This provision shall not be construed to apply to former military spouses; and

l. Submit evidence that the service member is on military orders within the State of Oklahoma.

No applicant for admission without examination under this section shall be admitted if the applicant has taken and failed an Oklahoma bar examination within the last five years without having later passed the examination.

Upon termination of the military status of either the dependent or the service member; or, in the event of a military transfer outside the State of Oklahoma, the right of such person to practice law in the State of Oklahoma shall terminate unless such person shall have been admitted to practice law in the State of Oklahoma pursuant to some other rule.

A person admitted under this section will not incur an application fee pursuant to Rule Seven (f) of these rules.

Any person admitted under this section must comply with the Rules Creating and Controlling the Oklahoma Bar Association as set forth in Title 5, Chapter 1, Appendix 1, Article 2, Section 5.

Any person admitted under this section will be subject to the provisions of Rule Ten of these rules.

 

 

Exhibit B

It is hereby proposed by the members of the Board of Bar Examiners for the State of Oklahoma that RULE SEVEN, section (f) of the Rules Governing Admission to the Practice of Law in the State of Oklahoma be amended and the following sections renumbered to read:

RULE SEVEN

Fees

The following non-refundable fees shall be paid to the Board of Bar Examiners at the time of filing of the application:

(a) Registration:

Regular . $125.00

Nunc Pro Tunc . $500.00

(b) By each applicant for admission upon motion: the sum of $1,500.

(c) By each applicant for admission by examination under Rule Four, §1:

FEBRUARY BAR EXAM 

Application filed on or before:

1 September  $1,000

1 October .... $1,050

1 November .... $1,150

JULY BAR EXAM

Application filed on or before:

1 February  $1,000

1 March .... $1,050

1 April ...... $1,150

(d) By each applicant for a Special Temporary Permit under Rule Two, §5: the sum of $750.

(e) By each applicant for a Special Temporary Permit under Rule Two, §6: the sum of $750.

(f) For each applicant for a Special Temporary Permit under Rule Two, §7:
there will not be any fee charged to the applicant.

(g) By each applicant for a Temporary Permit under Rule Nine: $150.

(h) By each applicant for admission by examination other than those under subparagraph (c) hereof:

FEBRUARY BAR EXAM 

Application filed on or before:

1 September  $300

1 October .... $350

1 November .... $450

JULY BAR EXAM

Application filed on or before:

1 February  $300

1 March .... $350

1 April ...... $450





 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.